IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. MARTONIK, </br>     Plaintiff, </br> </br> v. </br> </br> PATRICK R. DONAHOE, </br> Postmaster General, </br> United States Postal Service, </br>     Defendant. | Civil Action No. 12-0704 </br> United States District Judge </br> Terrence F. McVerry </br> United States Magistrate Judge </br> Cynthia Reed Eddy |

## ORDER OF COURT

Plaintiff's complaint was filed on May 25, 2012, and referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act. 28 U.S.C. § 636(b)(1).

The Magistrate Judge's Report and Recommendation (ECF No. 27), filed on September 19, 2013, recommended Defendant's Motion for Summary Judgment (ECF No. 13) be granted. The parties were informed that they had until October 7, 2013 to file written objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). No objections have been filed.

After review of the pleadings and documents contained in the record, together with the Report and Recommendation, IT IS HEREBY ORDERED as follows:

Defendant's Motion for Summary Judgment (ECF No. 17) is GRANTED, and Summary Judgment is Hereby Entered in favor of Defendant.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Eddy (ECF No. 27) is adopted as the Opinion of the Court.

The Clerk of Court is directed to mark this case as CLOSED.

<u>sTerrence F. McVerry</u>
United States District Judge

cc: all counsel of record      Date: October 30, 2013